In the Matter of the Claim of HARRY GOLDSTEIN against MARC EIDLITZ & SON, INC., et al., Respondents. STATE INDUSTRIAL BOARD, Appellant.

(Submitted March 5, 1934; decided March 20, 1934.)

*John J. Bennett, Jr., Attorney-General (John R. O'Hanlon and Henry Epstein* of counsel), for State Industrial Board, appellant.

*George E. Walton* for Harry Goldstein, claimant.
*William B. Davis* and *E. C. Sherwood* for respondents.

510

Order reversed and award of the State Industrial Board reinstated, with costs in this court and in the Appellate Division. Held, that the determination of the State Industrial Board that the New York Machinery Wrecking and Boiler Cutting Company was a subcontractor is sustained by the evidence. No opinion.·

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.